IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

LARRY COLLINS, )
)
    Plaintiff, )
)
vs. ) No. CIV-09-756-W
)
WILLIAM CITTY et al., )

## ORDER

Upon review of the record and for good cause shown, the Court GRANTS the Motion for Relief From Requirement of Local Counsel [Doc. 45] filed on October 7, 2009, by Patrick S. Cawley, Deputy Attorney General for the Commonwealth of Pennsylvania, as counsel in this matter for defendants Catherine McVey, Charles Fox, Michael L. Green, Jeffrey R. Imboden, Matthew T. Mangino, Benjamin A. Martinez, Gerard N. Masaro, Judy Viglione and Lloyd A. White, all sued in their individual capacities as members of the Pennsylvania Board of Probation and Parole, and relieves attorney Cawley from compliance with Rule 83.3(a), Rules of the United States District Court for the Western District of Oklahoma, and its requirement that non-resident counsel show association with an attorney who is a resident of, and maintains a law office within, the State of Oklahoma.

ENTERED this 8TH day of October, 2009.

LEE R. WEST
UNITED STATES DISTRICT JUDGE