# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LARRY COLLINS,               ) | |
| ) | No. CIV-09-756-W |
| Plaintiff,       ) | |
| ) | |
| v.                    ) | |
| ) | |
| WILLIAM CITTY, et al.,      ) | |
| ) | |
| Defendants.     ) | |

## MOTION OF THE PENNSYLVANIA DEFENDANTS
## TO DISMISS THE COMPLAINT

Defendants Catherine McVey, Charles Fox, Michael Green, Jeffrey Imboden, Matthew Mangino, Benjamin Martinez, Gerard Masaro, Judy Viglione, and Lloyd White ("the Pennsylvania Defendants"), by their attorney and pursuant to Rule 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, hereby move to dismiss the complaint. A brief in support of this motion has been filed separately.

Wherefore, the motion of the Pennsylvania Defendants to dismiss the complaint should be granted, and these defendants should be dismissed from this civil action with prejudice.

                                              **Respectfully submitted,**

                                              **THOMAS W. CORBETT, Jr.**
                                              **Attorney General**

                         **By:**    s/ *Patrick S. Cawley*
                                              **PATRICK S. CAWLEY**
                                              **Deputy Attorney General**

**Office of Attorney General**  **SUSAN J. FORNEY**
**Litigation Section** **Chief Deputy Attorney General**
**15th Floor, Strawberry Square** **Chief, Litigation Section**
**Harrisburg, PA 17120**
**Direct: (717) 783-3146** **Counsel for Pennsylvania Defendants**
**Fax:   (717) 772-4526**

**Date: November 2, 2009**

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **LARRY COLLINS,** ) | |
| ) | No. CIV-09-756-W |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **WILLIAM CITTY, <u>et al.</u>,** ) | |
| ) | |
| **Defendants.** ) | |

**CERTIFICATE OF SERVICE**

  I, Patrick S. Cawley, Deputy Attorney General for the Commonwealth of Pennsylvania, hereby certify that on this date I served a copy of the foregoing Motion of the Pennsylvania Defendants to Dismiss the Complaint upon the following individuals:

Morris W. Thompson, Esquire
MORRIS W. THOMPSON LAW FIRM, P.A.
P.O. Box 662
Little Rock, AR 72203
*Attorney for Plaintiff*

Anthony Q. Coleman, Esquire
GOZA LAW FIRM
101 Park Avenue, Suite 460
Oklahoma City, OK 73102
*Attorney for Plaintiff*

James B. Robertson, Esquire
DISTRICT ATTORNEY'S OFFICE
320 Robert S. Kerr Avenue, Suite 505
Oklahoma City, OK 73102
*Attorney for Defendants Whetsel and Stevenson*

Stacey Haws Felkner, Esquire
Susan A. Knight, Esquire
FENTON FENTON SMITH RENEAU & MOON
211 North Robinson Avenue, Suite 800N
Oklahoma City, OK 73102
*Attorneys for Defendant Lawson*

Richard C. Smith, Esquire
Timothy L. Weston, Esquire
MUNICIPAL COUNSELOR'S OFFICE
200 North Walker Avenue, Suite 400
Oklahoma City, OK 73102
*Attorneys for Defendant Citty*

                                            s/ *Patrick S. Cawley*
                                            **PATRICK S. CAWLEY**
                                            **Deputy Attorney General**

**Date: November 2, 2009**