IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

**FILED**

JUN 1 5 2010

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

| | |
|---|---|
| LARRY COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. CIV-09-756-W |
| | ) |
| WILLIAM CITTY, individually and in his | ) |
| official capacity, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon review, the Court

(1) GRANTS the Motion to Dismiss Separate Defendants William Citty and Oklahoma City, Oklahoma [Doc. 103] filed on June 14, 2010, by plaintiff Larry Collins;

(2) DISMISSES without prejudice defendants William Citty, in his individual capacity, and William Citty, in his official capacity as Chief of Police of Oklahoma City, Oklahoma; and

(3) deems MOOT the Motion to Dismiss [Doc. 97] filed on May 25, 2010, by Citty in his individual capacity and Citty in his official capacity.

ENTERED _15th_ day of June, 2010.

_____
LEE R. WEST
UNITED STATES DISTRICT JUDGE