IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LARRY COLLINS )<br>)<br>    PLAINTIFF )<br>)<br>VS. )<br>)<br>WILLIAM CITTY, individually and in his official )<br>capacity, et al., )<br>)<br>    DEFENDANTS | CASE NO.5:09-cv-00756-W |

PLAINTIFF'S MOTION FOR RECONSIDERATION

Comes now the plaintiff herein, Larry Collins, and for his motion for reconsideration and request that the court reconsider and set aside its order granting separate defendants', STS and Tom Wilson, motions to dismiss.

Plaintiff's delay in responding was not meant as confessing the averments of their motions. Plaintiff's and defendants' counsel had agreed to extend the Plaintiff's time within which to answer their motion to dismiss. Attached hereto is a copy of defendants' letter confirming this agreement.

Plaintiff's counsel confesses to his error in not alerting the court to the parties' agreement by filing a motion for an extension of time. However, discovery is moving apace. The parties have depositions schedule for next week and Tom Wilson has been noticed to appear to be deposed on the 8th.

The request for reconsideration and extension is not meant for delay and will not prejudice the parties.

Wherefore, the Plaintiff herein, Larry Collins respectfully prays that this court grant his

motion for reconsideration and set aside its Order dismissing STS and Tom Wilson; and for all further relief to which he may be entitled.

Respectfully submitted for
Larry Collins, plaintiff herein

*/s/ Morris W. Thompson*

Morris W. Thompson, ABN#80145

Morris W. Thompson Law Firm, P.A.
P. O. Box 662
Little Rock, AR  72203
(501) 661-8100
(501) 372-4101
mwthompsonlaw@sbcglobal.net

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney for Larry Collins, the Plaintiff herein, certify that the foregoing has been served using the Court's CM/ECF system, which will send notification of the filing to:

James L. Gibbs, II
Goolsby, Proctor, Heefner & Gibbs, P.C.
701 N. Broadway Ave., Suite 400
Oklahoma City, OK 73102

Patrick s. Cawley, Deputy Attorney General
Office of the Attorney General
Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA 17120

James B. Robertson
District Attorney's Office
320 Robert S. Kerr Avenue, Suite 505
Oklahoma City, OK 73102

Stacey Haws Felkner
Susan A. Knight
Fenton Fenton Smith Reneau & Moon
211 North Robinson Avenue, Suite 800N
Oklahoma City, OK 73102

_____
Morris W. Thompson