IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

FILED

JUL 06 2011

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

| | | |
|---|---|---|
| LARRY COLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-09-756-W |
| | ) | |
| WILLIAM CITTY, individually and in his official capacity, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Upon review of the record and having been advised that defendants Tom Wilson, individually and in his official capacity, and Security Transportation Services ("STS") do not object to the relief requested, the Court

(1) GRANTS the Motion for Reconsideration [Doc. 130] filed on July 1, 2011, by plaintiff Larry Collins;

(2) VACATES the Court's Order [Doc. 129] filed on July 1, 2011; and

(3) PERMITS Collins to file his response on or before July 11, 2011, to the Motion for Summary Judgment [Doc. 127] filed by Wilson and STS.

ENTERED this 6th day of July, 2011.

LEE R. WEST
UNITED STATES DISTRICT JUDGE